**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES A. BROOKS, III, | ) | Case No. 1:25-cv-2542 |
| and | ) | Judge J. Philip Calabrese |
| WILLIAM M. ADAMS, | ) | Magistrate Judge<br>Jennifer Dowdell Armstrong |
| Plaintiffs, | ) | |
| v. | ) | |
| CITY OF CLEVELAND, *et al.*, | ) | |
| Defendant. | ) | |

**OPINION AND ORDER**

On July 31, 2026, Defendants moved for judgment on the pleadings. (ECF No. 14.) In response, Plaintiffs seek a voluntary dismissal without prejudice under Rule 41(a)(2). (ECF No. 17.) After a defendant has filed an answer, as occurred here (*see* ECF No. 5), a plaintiff may obtain a voluntary dismissal "only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). This type of dismissal generally is without prejudice. *Id.* Requiring court approval "protect[s] the nonmovant from unfair treatment." *Grover by Grover v. Eli Lilly & Co.*, 33 F.3d 716, 718 (6th Cir. 1994) (citation omitted).

Whether to grant dismissal rests "within the sound discretion of the district court." *Id.* (citing *Banque de Depots v. National Bank of Detroit*, 491 F.2d 753, 757 (6th Cir. 1974)). In exercising this discretion, courts consider whether "the defendant would suffer 'plain legal prejudice' as a result of a dismissal without prejudice, as

opposed to facing the mere prospect of a second lawsuit." *Id.* (citation and quotation omitted). To determine whether a defendant will suffer plain legal prejudice, a court considers factors such as: (1) "the defendant's effort and expense of preparation for trial," (2) "excessive delay and lack of diligence on the part of the plaintiff in prosecuting the action," (3) "insufficient explanation for the need to take a dismissal," and (4) "whether a motion for summary judgment has been filed by the defendant." *Id.* (citation omitted).

On the record presented, these factors favor dismissal without prejudice. Defendants moved for judgment on the pleadings. Otherwise, the parties have undertaken no efforts to prepare for trial. The case remains in its early stages, so there has been no excessive delay or lack of diligence. Nor has any party filed a motion for summary judgment (though, conceivably, the motion under Rule 12(c) might be subjection to conversion to such a motion). Although Plaintiffs do not provide an explanation for the motion, the remaining factors favor dismissal without prejudice.

For the foregoing reasons, the Court **GRANTS** Plaintiffs' motion for dismissal without prejudice (ECF No. 17) and **DENIES WITHOUT PREJUDICE** Defendants' motion for judgment on the pleadings (ECF No. 14).

**SO ORDERED.**

Dated: August 20, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio